# United States District Court
## Southern District of Georgia

Michael Shannon,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-41

Nancy A. Berryhill, Acting Commissioner of Social Security,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 2/1/18, adopting in part and declining in part the Magistrate Judge's Report and Recommendation, judgment is hereby entered reversing the Commissioner decision and remanding this case to the Commissioner for further proceedings. This case stands closed.



| 2/1/19 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |